UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE<br><br>APPLICATION OF FORBES MEDIA LLC AND THOMAS BREWSTER TO UNSEAL COURT RECORDS, | Misc. Case No. 2:21-mc-0007 RSM<br><br>Related to Case. Nos. GJ-17-432 and GJ-19-097<br><br>PETITION OF FORBES MEDIA LLC AND THOMAS BREWSTER TO UNSEAL COURT RECORDS |

1.  Petitioners Forbes Media LLC ("Forbes") and its Associate Editor Thomas Brewster ("Brewster") respectfully move this Court for an order unsealing certain court records relating to two orders under the All Writs Act, 28 U.S.C. § 1652, that required Sabre, a travel technology firm, to assist the United States government in effectuating an arrest warrant (the "AWA Orders"). Petitioners are informed and believe that the AWA Orders were issued by this Court in 2017 and 2019, respectively, and are docketed at GJ-17-432 and GJ-19-097. *See* Ex. 1 at 4.

2.  Petitioners respectfully request that the Court unseal the AWA Orders; the government's application for the AWA Orders and any supporting documents, including affidavits; and any other court records relating to the AWA Orders, including, but not limited to, any motions to seal, the dockets in case numbers GJ-17-432 and GJ-19-097, and all docket entries (collectively, the "AWA Materials").

PETITION OF FORBES MEDIA LLIC AND THOMAS BREWSTER
TO UNSEAL COURT RECORDS (Misc. Case No. ___ ) - 1
4811-5843-0168v.1 0050033-006147

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

## INTEREST OF THE PETITIONERS

3. Petitioners, like all members of the public and the press, have a strong interest in observing and understanding the consideration and disposition of matters by the federal courts. That interest is heightened when the action of the Court concerns actions taken by the executive branch.

4. The government's use of the All Writs Act to obtain judicial orders requiring private technology firms in general, and Sabre in particular, to provide technical assistance to the government is a matter of intense public interest, as well as a subject of Petitioners' reporting. *See, e.g.,* Thomas Brewster, *The FBI Is Secretly Using a $2 Billion Travel Company as a Global Surveillance Tool*, Forbes (July 16, 2020), https://perma.cc/R96R-AXL9.

5. The public and the press have a particularly strong interest in access to court records that would shed light on the government's collection of location records, which "hold for many Americans the privacies of life." *Carpenter v. United States*, 138 S. Ct. 2206, 2217 (2018) (quoting *Riley v. California*, 573 U.S. 373, 403 (2014)). The disclosure of such information to the government implicates a range of weighty constitutional and policy interests, including reporter-source confidentiality. As a result, the public and press have a keen interest in understanding the government's basis for seeking AWA Orders directing Sabre to provide it contemporaneous travel information about a targeted individual, as well as the district court's basis for issuing those AWA orders.

## JURISDICTION

6. "Every court has supervisory power over its own records and files." *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978). As a result, this Court has "jurisdiction in the first instance to adjudicate a claim of right" to inspect those records. *In re Motion for Release of Court Records*, 526 F. Supp. 2d 484, 487 (FISA Ct. 2007).

PETITION OF FORBES MEDIA LLIC AND THOMAS BREWSTER
TO UNSEAL COURT RECORDS (Misc. Case No. ___ ) - 2
4811-5843-0168v.1 0050033-006147

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

## INTRADISTRICT ASSIGNMENT

7. The acts or omissions giving rise to this action occurred in the division of this District where the AWA Materials were originally sealed. As a result, pursuant to Local Civil Rule 3(e), assignment of this action to that division would be proper.

## BACKGROUND FACTS

8. Originally adopted in connection with the Judiciary Act of 1789, *see* Judiciary Act of 1789, ch. 20, §§ 13–14, 1 Stat. 73, 80–82, the All Writs Act in its current form authorizes federal courts to "issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages principles of law," 28 U.S.C. § 1651.

9. Although the All Writs Act may be used to issue orders for a range of procedural purposes, All Writs Act orders requiring private technology firms to provide the United States government with "technical assistance" are of particular public interest. *United States v. N.Y. Tel. Co.*, 434 U.S. 159, 171 (1977).

10. In perhaps the highest profile example, the government in 2016 sought an order under the Act that would have required Apple to provide a means of bypassing security measures on an iPhone that belonged to one of the shooters in the San Bernardino terrorist attack. *See In the Matter of the Search of an Apple iPhone Seized During the Execution of a Search Warrant on a Black Lexus IS300, California License Plate 35KGD203*, No. ED 15-0451M, 2016 WL 618401, at *1 (C.D. Cal. Feb. 16, 2016).

11. Before it was mooted, that litigation sparked a wide-ranging public debate on the wisdom and legality of such technical assistance orders. *See, e.g.*, *Amicus Briefs in Support of Apple*, Apple (Mar. 2, 2016), https://perma.cc/PL6K-S6WZ (collecting court filings and public statements opposing the requested order). And the national conversation about the appropriate scope of such compelled assistance has continued unabated. *Compare, e.g.*, Alan Z. Rozenshtein, *Surveillance Intermediaries*, 70 Stan L. Rev. 99, 176–177 (2018) (arguing that private firms' resistance to technical-assistance orders undermines self-government), *with* Note, *Cooperation or Resistance?: The Role of Tech Companies in Government Surveillance*, 131

PETITION OF FORBES MEDIA LLIC AND THOMAS BREWSTER
TO UNSEAL COURT RECORDS (Misc. Case No. ___ ) - 3
4811-5843-0168v.1 0050033-006147

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Harv. L. Rev. 1722, 1724 (2018) (arguing that the picture is "more complicated" and that firms play an important role in checking the government).

12. As Petitioners have reported, circumventing encryption is not the only context in which the All Writs Act has been invoked to compel private companies to assist federal government surveillance efforts. *See* Brewster, *supra*. According to records unsealed in the Southern District of California in February 2020, the government has used the Act to require Sabre, a leading travel technology company, to engage in "real-time" monitoring of travelers who are the subject of an active arrest warrant for the government. *See* Ex. 1 at 4.

13. Sabre is one of the three largest players in its market, responsible for more than one-third of global air travel bookings. *See* Brewster, *supra*. As a result, it has a staggering volume and diversity of records, including "itineraries, fares, reservations, connecting flights and ticket costs," as well as "crew schedules and other logistical information." *Id.*

14. Pursuant to the All Writs Act, the government has sought orders requiring Sabre "to provide representatives of the FBI complete and contemporaneous 'real time' account activity information" on targeted travelers, what the government has described as a "hot watch." Ex. 1 at 2, 4.

15. In support of its application in the Southern District of California, the government identified several other instances in which it had asked for—and obtained—orders under the All Writs Act that imposed similar surveillance obligations on Sabre. *See* Ex. 1 at 4. Two of them, identified in the application as AWA order GJ19-097 and GJ17-432, were issued by this Court in 2019 and 2017 respectively. *Id.* The government's application adverted that those matters were still under seal at the time. *Id.* Petitioners are informed and believe that the matters are still under seal.

16. Petitioners are also informed and believe that this District has historically used the 'GJ' designation for surveillance orders other than warrants, regardless whether those orders are associated with a grand jury proceeding. *See* Petition to Unseal Electronic Surveillance Dockets, Applications, and Orders at 10, No. 2:17-mc-00145 (W.D. Wash. Nov. 15, 2017). While the

PETITION OF FORBES MEDIA LLIC AND THOMAS BREWSTER
TO UNSEAL COURT RECORDS (Misc. Case No. ___ ) - 4
4811-5843-0168v.1 0050033-006147

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

District has since created a new designation for some of those non-warrant surveillance orders, All Writs Act orders are not among them. *See Signed Memorandum Regarding New Docketing Procedures in W.D. Washington*, EFF (last visited Jan. 24, 2021), https://perma.cc/79QW-JMJ6. As a result, it is not possible for Applicants or other members of the public to know whether or not the AWA Materials at issue are associated with any grand jury proceeding.

## REQUEST FOR RELIEF

17. Applicants seek an order unsealing the AWA Materials.

18. Applicants seek any further relief that the Court deems just and proper.

DATED this 25th day of January, 2021.

          Davis Wright Tremaine LLP

          By s/Ambika Kumar Doran
             Ambika Kumar Doran, WSBA # 38237
             920 Fifth Avenue, Suite 3300
             Seattle, WA 98104-1610
             Telephone: (206) 757-8030
             Fax: (206) 757-7030
             E-mail: ambikadoran@dwt.com

          REPORTERS COMMITTEE FOR
          FREEDOM OF THE PRESS
             Katie Townsend
             *Pro hac vice application pending*
             1156 15th Street NW, Suite 1020
             Washington, D.C. 20005
             Telephone: (202) 795-9300
             Fax: (202) 795-9310
             E-mail: ktownsend@rcfp.org

          *Attorneys for Applicants Forbes Media LLC and Thomas Brewster*

PETITION OF FORBES MEDIA LLIC AND THOMAS BREWSTER
TO UNSEAL COURT RECORDS (Misc. Case No. ___ ) - 5
4811-5843-0168v.1 0050033-006147

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2021, I caused to be served the foregoing document by Certified Mail on the United States Attorney for the Western District of Washington at:

United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

DATED this 25th day of January, 2021.

    Davis Wright Tremaine LLP

    By s/Ambika Kumar Doran
        Ambika Kumar Doran, WSBA # 38237
        920 Fifth Avenue, Suite 3300
        Seattle, WA 98104-1610
        Telephone: (206) 757-8030
        Fax: (206) 757-7030
        E-mail: ambikadoran@dwt.com

*Attorney for Petitioners Forbes Media LLC and Thomas Brewster*

PETITION OF FORBES MEDIA LLIC AND THOMAS BREWSTER
TO UNSEAL COURT RECORDS (Misc. Case No. ___ ) - 6
4811-5843-0168v.1 0050033-006147

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax