UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE<br><br>APPLICATION OF FORBES MEDIA LLC AND THOMAS BREWSTER TO UNSEAL COURT RECORDS, | Misc. Case No. 2:21-mc-0007 RSM<br><br>Related to Case. Nos. GJ-17-432 and GJ-19-097 |

### [PROPOSED] ORDER GRANTING PETITION TO UNSEAL

This matter comes before the Court upon the Petition of Forbes Media LLC and Thomas Brewster to unseal certain court records relating to All Writs Act orders entered by this Court in Case Nos. GJ-17-432 and GJ-19-096. Upon review and consideration of the Petition, supporting Memorandum of Points and Authorities, and any opposition thereto, it is hereby **ORDERED** as follows:

1. The Petition is **GRANTED**.

2. The All Writs Act orders; the applications for the orders and any supporting documents, including affidavits; and any other court records relating to the All Writs Act orders, such as motions to seal, the dockets in Case Nos. GH-17-432 and GJ-19-096, and all docket entries, are **HEREBY UNSEALED.**

3. The Clerk of the Court is hereby directed to make all of the aforementioned records, including all related dockets and docket entries, publicly available.

PETITION OF FORBES MEDIA LLIC AND THOMAS BREWSTER
TO UNSEAL COURT RECORDS (Misc. Case No. ___ ) - 1
4811-5843-0168v.1 0050033-006147

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

| | |
|---|---|
| **Presented** | **Dated this \_\_ day of _____, 2021** |

Ambika Kumar Doran, WSBA # 38237
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone: (206) 757-8030
Fax: (206) 757-7030
E-mail: ambikadoran@dwt.com

REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
Katie Townsend
*Pro hac vice application pending*
1156 15th Street NW, Suite 1020
Washington, D.C. 20005
Telephone: (202) 795-9300
Fax: (202) 795-9310
E-mail: ktownsend@rcfp.org

*Attorneys for Applicants
Forbes Media LLC and Thomas Brewster*

_____
UNITED STATES DISTRICT JUDGE

PETITION OF FORBES MEDIA LLIC AND THOMAS BREWSTER
TO UNSEAL COURT RECORDS (Misc. Case No. \_\_\_ ) - 2
4811-5843-0168v.1 0050033-006147

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

**CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2021 I caused to be served the foregoing document by Certified Mail on the United States Attorney for the Western District of Washington at:

United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

DATED this 25th day of January, 2021.

                                Davis Wright Tremaine LLP

                                By s/Ambika Kumar Doran
                                    Ambika Kumar Doran, WSBA # 38237
                                    920 Fifth Avenue, Suite 3300
                                    Seattle, WA 98104-1610
                                    Telephone: (206) 757-8030
                                    Fax: (206) 757-7030
                                    E-mail: ambikadoran@dwt.com

                                *Attorneys for Petitioners Forbes Media LLC and Thomas Brewster*

w

PETITION OF FORBES MEDIA LLIC AND THOMAS BREWSTER TO UNSEAL COURT RECORDS (Misc. Case No. ___ ) - 3
4811-5843-0168v.1 0050033-006147

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax