| | |
|---|---|
| From: | Smith, Lesley |
| To: | WAWDdb_PublicQuestions |
| Cc: | Doran, Ambika |
| Subject: | Miscellaneous Case Filing - Petition of Forbes Media LLC and Thomas Brewster to Unseal Court Records |
| Date: | Monday, January 25, 2021 9:45:24 AM |
| Attachments: | PetitionUnsealCourtRecords012521.pdf<br>Petition_Exhibit_1.pdf<br>MemorandumPtsAuthorities_PetitionUnsealCourtRecords012521.pdf<br>ProposedOrderPetitionUnsealCourtDocuments012521.pdf |

**CAUTION - EXTERNAL:**

Cindy, attached are the documents for review for the miscellaneous filing I spoke to you about. You indicated your team would review and file once approved.

Thank you, Lesley Smith, Secretary to Ambika Doran

**Lesley Smith | Davis Wright Tremaine LLP**
Legal Secretary
920 Fifth Ave., Suite 3300 | Seattle, WA 98104
Tel: (206) 757-8708 | Fax: (206) 757-7700
Email: lesleysmith@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Washington, D.C.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.