The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE

APPLICATION OF FORBES MEDIA LLC AND THOMAS BREWSTER TO UNSEAL COURT RECORDS,

Misc. Case No. 2:21-mc-00007

Related to Case. Nos. GJ-17-432 and GJ-19-097

CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Civil Rule 7.1, Forbes Media LLC states that it is a privately owned company and that no publicly held corporation owns 10% or more of its stock.

DATED this 27th day of January, 2021.

Davis Wright Tremaine LLP

By  s/Ambika Kumar Doran
Ambika Kumar Doran, WSBA # 38237
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone: (206) 757-8030
Fax: (206) 757-7030
E-mail: ambikadoran@dwt.com

REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS
Katie Townsend
*Pro hac vice application pending*
1156 15th Street NW, Suite 1020
Washington, D.C. 20005
Telephone: (202) 795-9300

CORPORATE DISCLOSURE STATEMENT
(Misc. Case No. 2:21-mc-00007 ) - 1
4811-5843-0168v.1 0050033-006147

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Fax: (202) 795-9310
E-mail: ktownsend@rcfp.org

*Attorneys for Applicants Forbes Media LLC and Thomas Brewster*

CORPORATE DISCLOSURE STATEMENT
(Misc. Case No. 2:21-mc-00007 ) - 2
4811-5843-0168v.1 0050033-006147

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax